1064

No. 76–5511.  NORTHERN v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 76–5513.  R. S. v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5524.  CLARK v. FIKE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 76–5532.  CAMPBELL v. SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 76–5575.  STEPHENSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5583.  EZZELL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5619.  CRANE v. HINSHAW ET AL.  C. A. 9th Cir. Certiorari denied.

No. 76–5641.  SCOTT v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 6th Cir.  Certiorari denied.

No. 76–5690.  McDONALD v. TENNESSEE ET AL.  Sup. Ct. Tenn.  Certiorari denied.

No. 76–5695.  WEIR v. WYRICK, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 76–5704.  COCHRELL v. WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 76–5716.  WILSON v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 76–5719.  TRANTOW v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.